IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 11-289-1 |
| | : | |
| CALVIN HICKS | : | |

**ORDER**

AND NOW, this 20th day of February, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Calvin Hicks's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 Based on Newly Discovered Evidence (Documents 150 & 161) is DENIED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.